1  DAVID A. TORRES AND ASSOCIATES
2  David A. Torres, SBN135059
   1318 K. Street
3  Bakersfield, CA 93301
   Tel: (661)326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   ALBERTO BARAJAS CAMACHO
7
8              UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00211-DAD-BAM |
|---|---|
| Plaintiff, | CHP Rpt No.: V03540-420-20 |
| v. | |
| ALBERTO BARAJAS CAMACHO, | STIPULATION AND ORDER TO ALLOW DEFENSE COUNSEL TO PHOTOGRAPH VEHICLE TOWED AT THE TIME OF ARREST |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFFE AND JESSICA MASSEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ALBERTO BARAJAS CAMACHO, by and through his attorney of record, DAVID A. TORRES hereby requesting that the defense counsel be allowed to photograph the vehicle seized in the instant case.

Declaration of Counsel

1. On or about December 2, 2020 I was retained to by defendant, Alberto Camacho.
2. I was informed that at the time of the arrest Mr. Camacho was driving a 2000 Toyota Camry, VIN Last 4 (3257) which was towed by the California Highway Patrol.
3. The vehicle is currently being stored at Golden Empire Towing, located at 1915 S. Union Avenue, Bakersfield, CA 93307.

1

4. I am requesting that my private investigator, Rocco Lovetere, be allowed to photograph said vehicle for purposes of investigation.

5. I have been informed by Golden Empire Towing that the vehicle is scheduled to be sold on or about Friday December 11, 2020.

6. I have spoken to AUSA Jessica Massey and she has no objection to the request.

**IT IS SO STIPULATED.**

DATED: December 8, 2020

Respectfully Submitted,
*/s/ David A Torres*  ___
DAVID A. TORRES
Attorney for Defendant
RUSSELL LEE RIGGS

DATED: December 8, 2020

 */s/ Jessica Massey*  ___
JESSICA MASSEY
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that private investigator, Rocco Lovetere, be allowed to photograph the 2000 Toyota Camry (last 4 of VIN: 3257) currently being stored at Golden Empire Towing, 1915 S. Union Avenue, Bakersfield, CA 93307.
IT IS SO ORDERED.

Dated:   **December 8, 2020**          /s/ *Barbara A. McAuliffe*  _
UNITED STATES MAGISTRATE JUDGE

2