| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | KIMBERLY A. SANCHEZ |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile:  (559) 497-4099 |
| 5 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00211 ADA-BAM |
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA HEARING |
| v. | |
| CARLOSE EDUARDO CERPAS FLORES, AKA, ALBERTO BARAHAS CAMACHO | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and David Torres, attorney for the defendant, that the trial date set for July 18, 2023 and Trial Confirmation Hearing before the Honorable Ana de Alba be vacated and a change of plea hearing be set for June 20, 2023 at 8:30 a.m.  Time has already been excluded through the previously set trial date.

1. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

2. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 6, 2023 to June 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Stipulation                                        1

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: June 6, 2023                    Respectfully submitted,

                                       PHILLIP A. TALBERT
                                       United States Attorney


                                       By    /s/ Kimberly A. Sanchez
                                             KIMBERLY A. SANCHEZ
                                             Assistant U.S. Attorney

Dated: June 6, 2023                          /s/ David A. Torres
                                             DAVID A. TORRES
                                             Attorney for Defendant


IT IS SO ORDERED.

  Dated:   June 7, 2023                _____
                                       UNITED STATES DISTRICT JUDGE

Stipulation                            2